UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

BRUCE PARKER,

        Plaintiff,                         Case No. 2:23-cv-197

v.                                            Honorable Jane M. Beckering

J. HILL,

        Defendant.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:   December 15, 2023                /s/ Jane M. Beckering
                                                                Jane M. Beckering
                                                                United States District Judge